UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHARLES E. JONES, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | No.: 3:22-CV-36 |
| v. ) | |
| ) | Judge Collier |
| FEDERAL BUREAU OF INVESTIGATION, ) | Magistrate Judge McCook |
| ) | |
| *Defendant*. ) | |

## JUDGMENT ORDER

United States Magistrate Judge Jill E. McCook filed a report and recommendation (the "R&R") on Plaintiff's complaint (Doc. 2) and recommended that the complaint be dismissed. (Doc. 9.) The R&R recommends the case be dismissed because "the FBI is entitled to sovereign immunity for any claim related to the FBI's investigation and enforcement activities," "[the Plaintiff] fails to state a claim of relief," and because "there is no indication that Plaintiff has properly brought a tort claim against the FBI in this action." (*Id.* at 7.) Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R (Doc. 9). The Court hereby **ACCEPTS** and **ADOPTS** the R&R (Doc. 9). Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. Furthermore, because this case is dismissed, Plaintiff's motion to appoint counsel (Doc. 3) is **DENIED** as **MOOT**.

    **SO ORDERED.**

    **ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ *LeAnna R. Wilson*
  CLERK OF COURT